| 1 | PHILLIP A. TALBERT |
|---|---|
| | United States Attorney |
| 2 | WHITNEE GOINS |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |
| 7 | |



FILED
Feb 15, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-0029 DAD |
|---|---|
| Plaintiff, | 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2253(a) - Criminal Forfeiture |
| v. | |
| KYLE TRAVIS COLTON, | |
| Defendant. | |

I N D I C T M E N T

The Grand Jury charges: T H A T

KYLE TRAVIS COLTON,

defendant herein, beginning no later than on or about July 2, 2022 and continuing through on or about December 14, 2023, in Sacramento County, State and Eastern District of California, and elsewhere, did knowingly receive one or more visual depictions using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means including by computer, where the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depiction

was of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant KYLE TRAVIS COLTON shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violation, or any property traceable to such property, including but not limited to the following:

    a. HP Laptop S/N 5CG32530XY.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

INDICTMENT      2

*No.* _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### KYLE TRAVIS COLTON

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography: U.S.C. § 18; U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*  **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* __15th__ *day*

*of* __February__, *A.D. 20* __24__

_____/s/R. Alvarez_____
*Clerk.*

Bail, $ __No bail warrant to issue__

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

# United States v. Kyle Travis Colton
## Penalties for Indictment

### COUNT 1:

VIOLATION: 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of 20 years in prison;
Fine of up to $250,000;
Supervised release of at least 5 years up to life (18 U.S.C. § 3583(k));
Forfeiture;
Mandatory Special Assessment: $100 (18 U.S.C. § 3013);
Special Assessment: $5,000 (18 U.S.C. § 3014);
Discretionary Special Assessment: $35,000 (18 U.S.C. § 2259A(a)(2)) and Registration as a sex offender.

### FORFEITURE ALLEGATION:

VIOLATION: 18 U.S.C. 2253(a) Criminal Forfeiture

PENALTIES: As stated in the charging document