PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Feb 15, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KYLE TRAVIS COLTON, <br><br> Defendant. | CASE NO. 2:24-cr-0029 DAD <br><br> ORDER TO SEAL <br> (UNDER SEAL) |

The Court hereby orders that the Indictment of Kyle Colton, the Petition of Assistant U.S. Attorney, WHITNEE GOINS to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated:   February 15, 2024

_____
HONORABLE JEREMY D. PETERSON
United States Magistrate Judge