UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 22, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KYLE TRAVIS COLTON<br><br>　　　　　Defendant. | Case No. 2:24-cr-00029-DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KYLE TRAVIS COLTON</u> Case No. <u>2:24-cr-00029-DAD</u> Charges <u>18 USC § 2252(a)(2)</u> from custody for the following reasons:

|   | |   |
|---|---|---|
| _____ | Release on Personal Recognizance | |
| _____ | Bail Posted in the Sum of $ | _____ |
| X | Unsecured Appearance Bond $ | 50,000.00 co-signed by parents, Gary and Sandy Colton |
| _____ | Appearance Bond with 10% Deposit | |
| _____ | Appearance Bond with Surety | |
| _____ | Corporate Surety Bail Bond | |
| X | (Other): Release is delayed until **9:00 AM on Friday, 2/23/2024**, at which time defendant must report immediately to Pretrial Services (501 I Street, Suite 2-400; Sacramento, CA. | |

Issued at Sacramento, California on February 22, 2024 at 2:00 PM

By: _/s/ Jeremy Peterson_____

　　　Magistrate Judge Jeremy D. Peterson