PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE TRAVIS COLTON,<br><br>Defendant. | CASE NO. 2:24-CR-00029 DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>DATE: May 13, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Assistant Federal Defender Douglas Beevers, counsel for defendant Kyle Travis Colton, that the status conference scheduled for March 19, 2024, be continued to **May 13, 2024, at 9:30 a.m.**

Defense counsel requires additional time to complete the review of discovery and investigation. The requested continuance will allow for the time necessary for the defense to conduct its investigation and for the defendant to determine how best to proceed in this case.

Accordingly, the parties request that the status conference in this matter be reset for May 13, 2024. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION AND ORDER - JANG           1

Therefore, the parties agree that time is excludable from March 19, 2024 through May 13, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Respectfully submitted,

Dated:  March 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ WHITNEE GOINS
WHITNEE GOINS
Assistant United States Attorney

Dated:  March 6, 2024

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
KYLE TRAVIS COLTON

# O R D E R

**IT IS HEREBY ORDERED** that the status conference scheduled for March 19, 2024, at 9:30 a.m. is continued to **May 13, 2024, at 9:30 a.m.**  The time period between March 19, 2024 and May 13, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **March 6, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - JANG         2