HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
KYLE TRAVIS COLTON

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:24-cr-00029-DAD |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| KYLE TRAVIS COLTON, | |
| Defendant. | Date: July 16, 2024<br>Time:  9:30 a.m.<br>Judge: Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through  Assistant United States Attorney Whitnee Goins, attorney for Plaintiff and

Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers,

attorney for Kyle Travis Colton that the status conference, currently scheduled for July 16, 2024,

be continued to September 24, 2024 at 9:30 a.m.

Defense counsel requests the following briefing schedule for a motion to suppress. The

parties believe a continuance to September 24 2024 will permit defense counsel the additional

time necessary to conduct pretrial investigation, identify and interview witnesses, obtain

pertinent records, and finalize any further pre-plea negotiations.

Defendant's Motion to Suppress shall be filed July 24, 2024. The government's response

shall be filed September 6, 2024. Defendant's Reply shall be filed September 13, 2024. The

hearing on the Motion to Suppress shall be heard on September 24, 2024.

-1-

1    Counsel for defendant believes that failure to grant the above-requested continuance

2    would deny counsel the reasonable time necessary for effective preparation, taking into account

3    the exercise of due diligence, as well as continuity of counsel.

4    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

5    excluded of this order's date through and including September 24, 2024;  pursuant to 18 U.S.C.

6    §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon continuity of

7    counsel and defense preparation and continuity of counsel.

8    Counsel and the defendant also agree that the ends of justice served by the Court granting

9    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

10                                                    Respectfully submitted,

11    Dated: July 11, 2024                            HEATHER E. WILLIAMS
12                                                    Federal Defender

13                                                    /s/ Douglas Beevers
                                                      DOUGLAS BEEVERS
14                                                    Assistant Federal Defender
                                                      Attorney for Defendant
15                                                    KYLE TRAVIS COLTON

16    Dated: July 11, 2024

17                                                    PHILLIP A. TALBERT
                                                      United States Attorney

18                                                    /s/ Whitnee Goins
                                                      WHITNEE GOINS
19                                                    Assistant U.S. Attorney
                                                      Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3    stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4    its order. The Court specifically finds the failure to grant a continuance in this case would deny

5    counsel reasonable time necessary for effective preparation, taking into account the exercise of

6    due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by

7    granting the requested continuance and outweigh the best interests of the public and defendant in

8    a speedy trial.

9          The Court orders the time from the date the parties stipulated, up to and including

10   September 24, 2024, shall be excluded from computation of time within which the trial of this

11   case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

12   and(B)(iv) and General Order 479, (Local Code T4). It is further ordered the July 16, 2024 status

13   conference shall be continued until September 24, 2024, at 9:30 a.m.  The hearing on the motion

14   scheduled in this order will be a non-evidentiary hearing.  If an evidentiary hearing is requested,

15   the party making that request is to be prepared to argue in support of that request at the hearing

16   and, if appropriate, an evidentiary hearing will be scheduled for a later date.

17         IT IS SO ORDERED.

18   Dated:   **July 12, 2024**

19                                                        _Dale A. Drozd_
                                                       DALE A. DROZD
20                                                     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status
Conference

-3-