1  MICHELE BECKWITH
   Acting United States Attorney
2  WHITNEE GOINS
   SHEA KENNY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:24-CR-00029 DAD
12 |                       Plaintiff,       | ORDER AUTHORIZING DISCLOSURE OF
   |                                        | GRAND JURY INFORMATION FOR DISCOVERY
13 |              v.                        | PURPOSES
14 |
15 | KYLE TRAVIS COLTON,
16 |                       Defendant.
17

18     Upon application of the United States of America and pursuant to Federal Rule of Criminal
19 Procedure 6(e)(3)(E)(i):
20     IT IS HEREBY ORDERED that the United States is authorized to disclose grand jury transcripts
21 related to this case to the defendant as discovery.
22     IT IS SO ORDERED.
23 Dated: **March 5, 2025**                 _____
24                                          DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE
25

26

27

28

                                              1