HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
KYLE TRAVIS COLTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE TRAVIS COLTON,<br><br>Defendant. | Case No. 2:24-CR-00029 DAD<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING<br><br>Date: May 12, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Whitnee Goins, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Kyle Travis Colton, that the trial confirmation hearing currently scheduled for May 12, 2025, at 9:30 a.m., be vacated and the matter continued to June 9, 2025, at 9:30 a.m.

As grounds for the continuance, Defense counsel is in a jury trial in U.S. v. Roberts that is likely to continue through May 13. The Government does not object to the continuance. This change has no effect on the speedy trial clock as trial remains set for July 15, 2025.

///

///

///

Stipulation and Proposed Order                -1-

1  DATED: May 6, 2025                    Respectfully submitted,

2                                        HEATHER E. WILLIAMS
3                                        Federal Defender

4                                        */s/ Douglas J. Beevers*
                                         DOUGLAS J. BEEVERS
5                                        Assistant Federal Defender
                                         Attorney for KYLE TRAVIS COLTON
6

7  DATED: May 6, 2025                    MICHELE BECKWITH
                                         Acting United States Attorney
8
                                         */s/ Whitnee Goins*
9                                        WHITNEE GOINS
                                         Assistant United States Attorney
10                                       Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance of the trial confirmation hearing in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court also notes that time has previously been excluded through the July 15, 2025 trial date. (Doc. No. 47.)

Accordingly, it is hereby ordered that the May 12, 2025, trial confirmation hearing is continued to June 9, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **May 6, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE