

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

| | |
|---|---|
| UNITED STATES, | CASE No.  2:24-cr-00029-DAD |
| Plaintiff, | |
| v. | **MINUTES** |
| KYLE TRAVIS COLTON. | Date:  July 15, 2025 |
| | Deputy Clerk: P. Buzo |
| Defendant*. | Court Reporter:   Kimberly Bennett |
| _____/ | |

Counsel for Plaintiff:   Whitnee Goins, Shea Kenny
Counsel for Defendant:  Douglas Beevers

## JURY TRIAL – DAY 1

| | |
|---|---|
| 9:00 am | Dft present, non-custody. Douglas Beevers previously appointed and appeared for Dft. Whitnee Goins and Shea Kenny appeared for the Govt. Court addressed Govt's Motions in Limine. Arguments heard as to Motions in Limine.  After hearing of arguments, Motions in Limine #1 [58] and #2 [60], Granted as stated on the record. Govt's Motion in Limine #2 [59] Granted with the understanding that the Govt no longer was seeking to admit dual-role testimony and only sought to admit expert testimony as stated on the record. Discussion of exhibits and stipulations heard as stated on the record. Govt request Special Agent Alison Boos be designated as case agent and remain in the courtroom. No motion to exclude witnesses. |
| 9:35 am | Prospective Juror sworn. |
| 9:40 am | Introduction of Court staff, Govt, Defense, and Defendant. Court read statement of case. |
| 9:42 am | Voir Dire began. Court discussed trial schedule. Court addressed hardships. |
| 10:37 am | Morning recess. |
| 10:55 am | Court back in session.  In the presence of prospective jurors.  Resume voir dire. |
| 11:24 am | Break. |
| 11:30 am | Court back in session. In the presence of prospective jurors. Resume voir dire. |
| 11:50 am | Govt Supplemental Voir Dire. |
| 11:50 am | No Defense Supplemental Voir Dire. |
| 12:00 pm | Strike Sheet. Jury selected and sworn. |
| 12:02 pm | Preliminary instructions given. |
| 12:18 pm | Lunch Recess. |
| 1:30 pm | Court back in the presence of the jury. |

| 1:32 pm | Govt opening statement. |
|---|---|
| 1:40 pm | Defense did not make opening statement. |
| 1:40 pm | Govt called Special Agent Alexander Jernigan, sworn and testified. Govt Exhibits 1A–1D.  Govt moved to admit exhibits 1A-1D, with no objection. Govt Exhibits 1A-1D Admitted. |
| 1:50 pm | No defense cross examination. |
| 1:51 pm | Govt moved to admit Stipulation S2, without defense objection. Stipulation S2 Admitted. |
| 1:53 pm | Govt called Special Agent Allison Boos, sworn and testified. |
| 2:02 pm | Govt moved to designate Special Agent Allison Boos as special agent, without defense objection.  Court found Agent Allison Boos as expert. |
| 2:06 pm | Govt moved to admit Stipulation S3, without defense objection. Stipulation S3 Admitted. |
| 2:10 pm | Govt moved to admit Exhibits 3A, 3B, 3C, 3E, without defense objection. Govt's Exhibits 3A, 3B, 3C, 3E Admitted. |
| 2:33 pm | Govt moved to admit Stipulation 1, without defense objection. Stipulation S1 Admitted. |
| 2:56 pm | Govt moved to admit Stipulation S4, without defense objection. Stipulation S4 Admitted. |
| 3:00 pm | Cross examination. |
| 3:01 pm | No redirect.  Witness excused. |
| 3:02 pm | Afternoon break. Court admonished jury. |
| 3:05 pm | Outside the presence of jury. Discussion of stipulations. |
| 3:27 pm | Outside the presence of the jury. Further discussion of stipulations. |
| 3:31 pm | Court back in session. Back in the presence of the jury. Govt re-read stipulation to clarify on the record. |
| 3:34 pm | Govt rested. |
| 3:34 pm | Defense rested in its entirety. |
| 3:34 pm | Govt rested in its entirety. |
| 3:37 pm | Outside the presence of the jury. Discussion of proposed jury instruction. Govt had no objection to proposed jury instruction or verdict form.  Defense objection. Discussion held and defense objection overruled. |
| 4:04 pm | Back in the presence of the jury. |
| 4:04 pm | Govt closing argument. |
| 4:24 pm | Defense waived closing argument. |
| 4:26 pm | Jury instructions given. |
| 4:46 pm | Court security officer sworn. |
| 4:48 pm | Jury deliberations began. |
| 5:17 pm | Back in the presence of the jury.  Defendant and counsel present.  Court addressed Jury Note. Jury has reached a unanimous verdict. |
| 5:18 pm | Verdict published. Defendant found Guilty as to Coune One of Indictment, in Violation of Title 18 U.S. C § 2252(a)(2), Receipt of Child Pornography. |
| 5:21 pm | Matter referred to probation for the preparation of presentence report. Sentencing set for 10/27/2025 at 9:30 am.  Govt requested remand as stated on the record. Discussion held. After discussion, for reasons stated on the record, |

2:24-cr-00029-DAD, <u>USA v. Colton</u>
Minutes - Page 3

|  | Govt request denied at this time.  All conditions of pretrial release remain in full force and effect. Court ruling is from now until the day of sentencing. Defendant to report pretrial services and inform them of the sentencing date. |
|---|---|
| 5:40 pm | Court adjourned. |

TIME IN COURT: 6.5 hours