KIMBERLY A. SANCHEZ
Acting United States Attorney
WHITNEE GOINS
SHEA J. KENNY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KYLE TRAVIS COLTON,<br><br>　　　　　　Defendant. | CASE NO. 2:24-CR-00029-DAD<br><br>NOTICE OF REQUEST TO SEAL GOVERNMENT'S STIPULATIONS FILED UNDER ECF 69, 70, 72, 73, 77, 78, 80 AND REQUEST TO SEAL DOCUMENTS |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney WHITNEE GOINS, provides notice that it is requesting to file under seal: (1) ECF 69, 70, 72, 73, 77, 78, and 80 filed with the Court in connection with the criminal prosecution of defendant Kyle Travis Colton based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents. The government respectfully requests that these documents remain under seal until further Order of the Court.

///

///

///

///

///

1    The aforementioned documents were electronically transmitted to the Court on July 9, 2025 and
2  July 15, 2025.  Copies of the documents were served on the other parties.

Dated:  July 16, 2025                                    KIMBERLY A. SANCHEZ
                                                         Acting United States Attorney

                                                  By:   /s/ WHITNEE GOINS
                                                         WHITNEE GOINS
                                                         Assistant United States Attorney