ERIC GRANT
United States Attorney
SHEA J. KENNY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-CR-00029-DAD |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| KYLE TRAVIS COLTON, | |
| Defendant. | |

Based upon the guilty verdict, it is hereby ORDERED, ADJUDGED and DECREED:

1.  Pursuant to 18 U.S.C. § 2253(a), defendant Kyle Travis Colton's interest in the following property shall be condemned and forfeited to the United States, to be disposed of according to law:

    a.  HP Laptop, Serial Number: 5CG32530XY.

2.  The above-listed property was used or intended to be used to commit and to promote the commission of a violation of 18 U.S.C. § 2252(a)(2).

3.  Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet

1  government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable,
2  provide direct written notice to any person known to have alleged an interest in the property that is the
3  subject of the order of forfeiture as a substitute for published notice as to those persons so notified.
4      b.     This notice shall state that any person, other than the defendant, asserting a legal interest
5  in the above-listed property, must file a petition with the Court within sixty (60) days from the first day
6  of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within
7  thirty (30) days from receipt of direct written notice, whichever is earlier.
8      5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court
9  will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be
10 addressed.

IT IS SO ORDERED.

Dated:   **August 15, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE