HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
KYLE COLTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KYLE COLTON,<br><br>　　　　Defendant. | Case No. 2:24-cr-00029-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY PSR SCHEDULE** |

　　　IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Assistant United States Attorney Shea Jon Kenny, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Kyle Colton, that the sentencing hearing, currently scheduled for October 27, 2025, be continued to December 8, 2025 at 9:30 a.m.

　　　This continuance is requested as defense needs additional time to investigate mitigation. The US Attorney's office and US Probation have no objection to the new date.

　　　The PSR schedule should be modified as follows:

| | |
|---|---|
| Informal Objections to Presentence Report Due: | November 10, 2025 |
| Final Presentence Report Due: | November 17, 2025 |
| Formal Objections to Presentence Report Due: | November 24, 2025 |

-1-

| | | |
|---|---|---|
| Reply or Statement of Non-Opposition Due: | | December 1, 2025 |
| Judgment and Sentencing: | | December 8, 2025 |

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated:  October 6, 2025 | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>KYLE COLTON |
| Dated:  October 6, 2025 | |
| | ERIC GRANT<br>United States Attorney |
| | /s/ *Shea Jon Kenny*<br>SHEA JON KENNY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to this defendant previously set for October 27, 2025, is CONTINUED to **December 8, 2025, at 9:30 a.m.**  The modified presentence schedule proposed by the parties is adopted as this Court's order.

IT IS SO ORDERED.

Dated:   **October 6, 2025**
　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE