HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
KYLE COLTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-0029-DAD |
| Plaintiff, | **NOTICE OF REQUEST TO FILE EXHIBIT C TO SENTENCING MEMORANDUM UNDER SEAL** |
| vs. | |
| KYLE COLTON, | |
| Defendant-Movant. | |

NOTICE IS HEREBY GIVEN that Defendant KYLE COLTON, by and through his attorney, Douglas Beevers, Assistant Federal Defender, hereby requests an order permitting counsel to file Exhibit C to Defendant's Sentencing Memorandum, under seal.  Exhibit C contains discovery covered by protective order.

The sealing is requested pursuant to Eastern District Local Rule 141 and Federal Rule of Criminal Procedure 57(a)(1).  The Court has inherent power to seal documents.  *See United States v. Gurolla*, 333 F.3d 944 (9th Cir. 2003) (recognizing authority to accept submissions under seal); *see also United States v. Hickey*, 185 F.3d 1064 (9th Cir. 1999); *United States v. Hardwell*, 80 F.3d 1471, 1483-84 (10th Cir. 1996).

Exhibit C and the Request to seal that exhibit, have been submitted to the Court on disc and to the government by USAfx.  The Court may file this notice in the public record.

DATED:  December 5, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender

Attorneys for Defendant
KYLE COLTON