HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
KYLE COLTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-0029-DAD |
| Plaintiff, | **ORDER RE REQUEST TO FILE EXHIBIT C UNDER SEAL** |
| v. | |
| KYLE COLTON, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

**ORDER**

**IT IS HEREBY ORDERED** that Mr. Colton's Request to Seal Exhibit C to his Sentencing Memorandum is filed under seal until further order of the Court.

IT IS SO ORDERED.

Dated:  **December 6, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE