ERIC GRANT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00029-DAD |
| Plaintiff, | STIPULATION REGARDING RESTITUTION; ORDER |
| v. | |
| KYLE TRAVIS COLTON, | DATE: March 9, 2026<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Kyle Travis Colton, by and through his counsel of record, hereby stipulate as follows:

1.      The above-captioned matter is set for a restitution hearing on March 9, 2026.  By this stipulation, the parties jointly move to continue the restitution hearing until May 18, 2026.

2.      The parties are actively engaged in negotiations to resolve via stipulated agreement the amount of restitution owed by the defendant to the victims named in the Presentence Investigation Report.  As part of these negotiations, counsel for the defendant desires additional time to obtain records and other information relating to the defendant's financial accounts and the requested restitution amounts.  Counsel for the defendant believes that this task will be complete by the middle of May.  As of the date of this stipulation, the parties have agreed that the restitution amount will likely be in excess of $25,000.

STIPULATION AND ORDER RE RESTITUTION

1

3.      The defendant is presently in the custody of the Federal Bureau of Prisons serving the sentence imposed in this case.

4.      Given the defendant's custodial status and the parties' desire for more complete information about the defendant's financial condition before proceeding further, the government does not object to the requested continuance.

5.      The parties agree and stipulate that the Court may extend the deadline for a restitution determination beyond ninety days following sentencing, so long as prior to the expiration of that ninety-day period, the Court indicates that it intends to impose some amount of restitution. *Dolan v. United States*, 560 U.S. 605, 608 (2010).  The parties jointly request that the Court indicate that it intends to impose some amount of restitution, thus leaving the amount of restitution the only question remaining to be resolved in this case.  The parties submit that the proposed order attached to this stipulation would make the Court's intentions with regard to restitution clear.

IT IS SO STIPULATED.

Dated:  February 23, 2026                         ERIC GRANT
                                                  United States Attorney

                                                  /s/ SHEA J. KENNY
                                                  SHEA J. KENNY
                                                  Assistant United States Attorney

Dated:  February 23, 2026                         /s/ DOUGLAS BEEVERS
                                                  DOUGLAS BEEVERS
                                                  Counsel for Defendant
                                                  KYLE TRAVIS COLTON

///

///

///

///

///

STIPULATION AND ORDER RE RESTITUTION

2

**ORDER**

The restitution hearing presently set for March 9, 2026, is hereby continued to May 18, 2026. The Court states for the record that it intends to impose restitution in this case, and will issue a subsequent order imposing a specific amount of restitution at or following the hearing now set for May 18, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated:    **February 24, 2026**                _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.

STIPULATION AND ORDER RE RESTITUTION

3