HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
KYLE TRAVIS COLTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:24-cr-00029-DAD-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| KYLE TRAVIS COLTON, | Date: May 18, 2026 to June 22, 2026<br>Time: 9:00 AM<br>Judge: Hon. Dale A. Drozd |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Zachary Malinski, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for KYLE TRAVIS COLTON, that the restitution hearing scheduled for May 18, 2026, at 9:30 a.m., be vacated and the matter continued to June 22, 2026, at 9:30 a.m.

The defense requests the continuance because counsel needs time to present the briefing in advance of the date.  The parties have settled on one of the 10 claimants, but the Defense needs time to review the 1200 pages of pre-sentence report attachments which support the remaining $72,000 in restitution claims which involves economist expert evidence. The government does not object to the continuance.  Mr. Colton waives the 90 day deadline and waives his presence at the restitution hearing.

Defense needs the additional time to investigate the economic data.

Stipulation and Order                                -1-

DATED: May 7, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for KYLE TRAVIS COLTON

DATED: May 7, 2026

ERIC GRANT
United States Attorney

*/s/ Zachary Malinski*
ZACHARY MALINSKI
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order

-2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court finds that it will order restitution and adopts the parties' stipulation in its entirety as its order, and the restitution hearing shall be continued to June 22, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  __**May 7, 2026**__                    _____
                                                            DALE A. DROZD
                                                            UNITED STATES DISTRICT JUDGE

Stipulation and Order                                      -3-