HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
KYLE COLTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:24-cr-00029-DAD-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| KYLE TRAVIS COLTON, | Date: June 22, 2026 |
| Defendants. | Time: 9:30 AM |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Zachary Malinski, Assistant United States Attorney, attorneys for the United States of America, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for KYLE COLTON, that the restitution hearing scheduled for June 22, 2026, at 9:30 a.m., be vacated and the matter reset for July 6, 2026, at 9:30 a.m.

The defense requests this continuance because defense counsel is near settlement of one of the more factually complicated restitution claims brought by a victim in this case (Claimant "Tara").  One additional claim has been resolved by agreement (Claimant "Emily").  Defense counsel also has a family emergency that makes him unavailable on June 22, 2026.   The Probation Office does not object to the continuance.

Stipulation and Order                              -1-

DATED: June 16, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for KYLE COLTON

DATED: June 16, 2026

ERIC GRANT
United States Attorney

/s/ Zachary Malinski
ZACHARY MALINSKI
Assistant United States Attorney
Attorneys for the United States

Stipulation and Order                        -2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court finds that it will order restitution and adopts the parties' stipulation in its entirety as its order, and the restitution hearing shall be continued to July 6, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **June 16, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE